IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAINTERS DISTRICT COUNCIL#58
401(k) TRUST FUND, *et al.,*

Plaintiffs,

v.

Case No. 17-cv-578 JPG/GCS

H.F. FRITSCH & SONS, INC., *et al.*,

Defendants.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 15, 2019**  **MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**


**Approved:** *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**