UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

PAINTERS DISTRICT COUNCIL #58 401(K)
TRUST FUND, By and Through Its Board of
Trustees; PAINTERS DISTRICT COUNCIL #58
FRINGE BENEFIT FUNDS, By and Through Its
Board of Trustees; ILLINOIS STATE PAINTERS
WELFARE FUND; and INTERNATIONAL
PAINTERS AND ALLIED TRADES INDUSTRY
PENSION FUND, By and Through Tim D.
Maitland, In His Capacity as a Fiduciary,

        Plaintiffs,

   v.

H.F. FRITSCH & SONS, INC. and CHARLES
WENDELL FRITSCH,

        Defendants.

Case No. 17-cv-578-JPG-GCS

## STIPULATED JUDGMENT

Upon the Motion to Approve Stipulated Judgment (Doc. 49) and the Stipulation of Dismissal (Doc. 50) filed by the parties, plaintiffs Painters District Council #58 401(k) Trust Fund, *et al.* ("plaintiffs"); defendant H.F. Fritsch & Sons, Inc. and defendant Charles Wendell Fritsch, Judgment is hereby entered for plaintiffs Painters District Council #58 401(k) Trust Fund, *et al.* and against defendant H.F. Fritsch & Sons, Inc., upon the following terms:

As to plaintiff Painters District Council #58 Fringe Benefit Funds:

| | | |
|---|---|---|
| A. | Delinquent Fringe Benefit Contributions: | $291,538.77 |
| B. | Liquidated Damages: | $72,014.40 |
| C. | Audit Costs: | $760.65 |
| D. | Attorneys' Fees and Costs: | $23,807.30 |

As to plaintiff Illinois State Painters Welfare Fund:

| | | |
|---|---|---|
| A. | Liquidated Damages: | $82,629.66 |
| B. | Audit Costs: | $760.54 |
| C. | Attorneys' Fees and Costs: | $10,940.80 |

As to plaintiff IUPAT Industry Pension Fund:

| | | |
|---|---|---|
| A. | Delinquent Fringe Benefit Contributions: | $461,326.89 |
| B. | Interest: | $30,796.87 |
| C. | Late Charges: | $9,289.49 |
| D. | Liquidated Damages: | $130,680.07 |
| E. | Attorneys' Fees and Costs: | $26,439.65 |

Further, plaintiffs' claims against defendant Charles Wendell Fritsch are dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**
**DATED: April 1, 2019**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**